UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANTO FAVANO,<br><br>                               Plaintiff,<br>         -v-<br><br>AIR ITALY, S.p.A.,<br><br>                               Defendant. | 20 Civ. 2480 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On March 24, 2020, the Court scheduled an initial pretrial conference in this matter. Dkt. 2. In that order, the parties were instructed to submit a proposed case management plan and a joint letter no later than four business days before the date of the conference. See *id.* at 2. The parties have failed to timely submit the required documents. Counsel are directed to do so by 12 p.m. tomorrow, May 12. Otherwise, the Court will be compelled to adjourn the initial pretrial conference.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 11, 2020
       New York, New York